# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BMW OF NORTH AMERICA, | ) | CV 17-08972-RGK (KSx) |
| Plaintiff(s), | ) | |
| vs. | ) | JUDGMENT |
| STEPHEN CERVANTES, | ) | |
| Defendant(s). | ) | |

The Court awards Plaintiffs $150,000 in damages and $6,600 in attorneys' fees.

The Court also issues a permanent injunction barring Defendant from using Plaintiffs' trademarks.

DATED: May 1, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE